```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797
 5
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
10  UNITED STATES OF AMERICA,      )
                                   )
11              Plaintiff,         )   CR. No. S-05-0141 MCE
                                   )
12       v.                        )
                                   )   MOTION TO DISMISS INDICTMENT
13  FRANCISCO MONTOYA-GARCIA,      )   and [PROPOSED] ORDER
                                   )   DISMISSING INDICTMENT
14              Defendant.         )
    _____)
15
16       Pursuant to Rule 48(a) of the Federal Rules of Criminal
17  Procedure, Plaintiff, United States of America, by and through its
18  undersigned attorney, requests that this Honorable Court file an
19  order dismissing the indictment against Francisco Montoya-Garcia,
20  filed on April 7, 2005, in CR. No. S-05-0141 MCE.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

On April 19, 2005, Immigration & Customs Enforcement officers deported the defendant from the United States.  Consequently, the United States no longer wishes to pursue criminal charges against the defendant.

DATED: August 4, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                    By  /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney




                          O R D E R

APPROVED AND SO ORDERED:

DATED: August 12, 2005



                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE

2